UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X    Chapter    **11**

IN RE:    **Eva Youboty**

Case No.:

              Debtor(s)    STATEMENT PURSUANT TO LOCAL RULE 2017
-----------------------------------------------X

I, **Paul Hollender**, an attorney admitted to practice in this Court, state:

      1.    Certifies that the list of creditors annexed hereto is complete and accurate based upon the information provided to me by the debtor.

      2.    States that the time sheet attached hereto accurately reflects the time spent on this matter to date.  The sheet details the dates and time I have worked on this matter to date.  My regular billing rate is $450 for  attorneys.  The sheet also represents the work done by a paraprofessional/legal assistant in this office in following up my interview work and assembling all papers for filing.

Dated: 1/7/19

                                              s/ Paul Hollender
                                              **Paul Hollender**
                                              Attorney for debtor(s)
                                              **Corash & Hollender**
                                              **1200 South Avenue**
                                              **Suite 201**
                                              **Staten Island, NY 10314**
                                              **718-442-4424 Fax:718-273-4847**
                                              **info@silawfirm.com**